AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

In the Matter of the Search of
3312 W. Polk Street, Apartment 20 Phoenix, Arizona
85009

Case No. 26-5172MB

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

### As further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

### As set forth in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before 5/13/26 *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: Apr. 29 2026 @ 2:23p

_____
*Judge's signature*

City and state: Phoenix, Arizona

Honorable Deborah M. Fine, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is 3312 W. Polk Street, Apartment 20, Phoenix, Arizona 850091, further described as a second-floor apartment unit. The front door is covered with a security screen. The unit has the number "20" in white to the left of the door.



## <u>ATTACHMENT B</u>

*Items to be searched and seized*

1. Clemente Chilele-Ramirez

2. Immigration documents including passports, birth certificates, voter identification cards, military identification cards, driver's licenses, foreign or domestic identification documentation or other evidence of foreign nationality or citizenship.

3. Utility bills, rent and mortgage payment receipts and other evidence of homeownership or occupancy of Subject Premise.

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.:<br>26-5172MB | Date and Time Warrant Executed:<br>04/29/2026 @ 05:00 PM | Copy of warrant and inventory left with:<br>CHILEL RAMIREZ, CLEMENTE |
|---|---|---|

Inventory Made in the Presence of:

N/A

Inventory of the property taken and name of any person(s)

seized: CHILEL RAMIREZ, CLEMENTE

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/30/2026

TAMER W MARJI Digitally signed by TAMER W MARJI
Date: 2026.04.30 11:59:10 -07'00'

_____
*Executing officer's signature*

Tamer W Marji  ICE ERO Deportation Officer

*Printed name and title*